UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                 CASE NO.: 23-13668
                                                                                                    CHAPTER 13

Anthony Redley,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             13010 Morris Rd., Suite 450
                                             Alpharetta, NJ  30004
                                             Telephone: 470-321-7112

                                             By: <u>/s/Michelle L. McGowan, Esq.</u>
                                                  Michelle L. McGowan, Esq.
                                                  Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANTHONY REDLEY
6202 N. FAIRHILL STREET
PHILADELPHIA, PA 19126

And via electronic mail to:

YOUNG, MARR, MALLIS & DEANE, LLC
3554 HULMEVILLE RD.
STE 102
BENSALEM, PA 19020

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Emily Cheng