# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ANTHONY REDLEY         :   CHAPTER 13
                                :
     Debtor                     :   BANKRUPTCY NO. 23-13668

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Response to Motion for Relief from Co-Debtor Stay, docket number 29, filed by YOUNG, MARR & ASSOCIATES.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: April 2, 2024