# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     ANTHONY REDLEY     :     CHAPTER 13
                                                 :
           **Debtor**                        :     **BANKRUPTCY NO. 23-13668**

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Praecipe to Withdraw Response to Motion for Relief, docket number 30, filed by YOUNG, MARR & ASSOCIATES.

                                             /s/Paul H. Young
                                             Paul H. Young, Esquire
                                             Attorney for Debtor
                                             3554 Hulmeville Road, Ste. 102
                                             Bensalem, PA 19020

Date: April 4, 2024