**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **ANTHONY REDLEY** | **:** | **CHAPTER 13** |
| | | **:** | |
| | **Debtor** | **:** | **BANKRUPTCY NO. 23-13668** |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Response to Motion for Relief, docket number 24, filed by YOUNG, MARR & ASSOCIATES.


/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020


Date: April 4, 2024