# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia Division)

| | | |
|---|---|---|
| IN RE: | * | |
| ANTHONY REDLEY | * | Case No. 23-13668-mdc |
| | | (Chapter 13) |
| Debtor | * | |
| * * * * * * * * | * * * * | |
| NAVY FEDERAL CREDIT UNION | * | Judge Magdeline D. Coleman |
| | * | Date:  04/02/2024 |
| Movant | | Time:  10:30 AM |
| | * | |
| v. | * | |
| ANTHONY REDLEY (Debtor) | * | |
| AND | * | |
| KENNETH E. WEST (Chapter 13 Trustee) | * | |
| | * | |
| Respondents | | |
| * * * * * * * * * * * * * | | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay to Repossess and Sell Collateral filed by Movant, Navy Federal Credit Union, with regard to the property subject to its perfected security interest, namely, one 2018 Lexus LS, VIN JTHC51FF7J5000807, and upon consideration of any opposition filed to said Motion, it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Navy Federal Credit Union to repossess and sell the above-described property; and

2. That Navy Federal Credit Union shall notify the Trustee of any surplus and await instructions by the Trustee as to where to send the surplus.

Dated: April 5, 2024

*Magdeline D. Coleman*
_____
Bankruptcy Judge

Copies To:

Anthony Redley
6202 N. Fairhill Street
Philadelphia, PA 19126
(Debtor)

Paul H. Young
Young, Marr, Mallis & Dane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
support@ymalaw.com
(Counsel for Debtor)

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107
(Chapter 13 Trustee)

Navy Federal Credit Union
c/o Douglas R. Blecki, Jr., Esq.
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
(Counsel for Movant)