United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-13668-mdc
Anthony Redley     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 05, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Redley, 6202 N. Fairhill Street, Philadelphia, PA 19126-3826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

**Name     Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com

DOUGLAS RICHARD BLECKI
    on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com  jmcmurray@silvermanlegal.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2 Acquisition Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

PAUL H. YOUNG
    on behalf of Debtor Anthony Redley support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia Division)

| | | |
|---|---|---|
| IN RE: | * | |
| ANTHONY REDLEY | * | Case No. 23-13668-mdc |
| | | (Chapter 13) |
| Debtor | * | |
| * * * * * * * * | * | * * * * |
| NAVY FEDERAL CREDIT UNION | * | Judge Magdeline D. Coleman |
| | * | Date: 04/02/2024 |
| Movant | | Time: 10:30 AM |
| | * | |
| v. | * | |
| ANTHONY REDLEY (Debtor) | * | |
| AND | * | |
| KENNETH E. WEST (Chapter 13 Trustee) | * | |
| | * | |
| Respondents | | |
| * * * * * * * * | * | * * * * |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion Seeking Relief from Automatic Stay to Repossess and Sell Collateral filed by Movant, Navy Federal Credit Union, with regard to the property subject to its perfected security interest, namely, one 2018 Lexus LS, VIN JTHC51FF7J5000807, and upon consideration of any opposition filed to said Motion, it is, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Navy Federal Credit Union to repossess and sell the above-described property; and

2. That Navy Federal Credit Union shall notify the Trustee of any surplus and await instructions by the Trustee as to where to send the surplus.

Dated: April 5, 2024

_____
Bankruptcy Judge

Copies To:

Anthony Redley
6202 N. Fairhill Street
Philadelphia, PA 19126
(Debtor)

Paul H. Young
Young, Marr, Mallis & Dane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
support@ymalaw.com
(Counsel for Debtor)

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107
(Chapter 13 Trustee)

Navy Federal Credit Union
c/o Douglas R. Blecki, Jr., Esq.
11200 Rockville Pike, Ste. 520
N. Bethesda, Maryland 20852
(Counsel for Movant)