# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Anthony Redley,**<br>    Debtor<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**<br>    Movant<br><br>**Anthony Redley,**<br>    Debtor/Respondent<br><br>**99 Solutions, LLC**<br>    Co-Debtor/Respondent<br><br>**Kenneth E. West, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 23-13668-mdc**<br><br>**Chapter 13** |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No.25, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: April 23, 2024

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Attorney for Secured Creditor
                                              13010 Morris Rd, Suite 450
                                              Alpharetta, GA 30004
                                              Telephone: 470-321-7113
                                              By: /s/ Michelle L. McGowan
                                              Michelle L McGowan, Esq.
                                              PA Bar Number  62414
                                              Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**  **Anthony Redley,**     **Debtor** **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**     **Movant** **Anthony Redley,**     **Debtor/Respondent** **99 Solutions, LLC**     **Co-Debtor/Respondent** **Kenneth E. West, Esquire**     **Trustee/Respondent** | **Bankruptcy No. 23-13668-mdc** **Chapter 13** |

**CERTIFICATE OF SERVICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on April 23, 2024, I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Anthony Redley
6202 N. Fairhill Street
Philadelphia, PA 19126

Paul H. Young

Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA 19107

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

    Robertson, Anschutz, Schneid, Crane &
    Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Rd, Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7113
    By: /s/ Michelle L. McGowan
    Michelle L McGowan, Esq.
    PA Bar Number  62414
    Email: mimcgowan@raslg.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Anthony Redley,**<br>          **Debtor**<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**<br>          **Movant**<br><br>**Anthony Redley,**<br>          **Debtor/Respondent**<br><br>**99 Solutions, LLC**<br>          **Co-Debtor/Respondent**<br><br>**Kenneth E. West, Esquire**<br>          **Trustee/Respondent** | **Bankruptcy No. 23-13668-mdc**<br><br>**Chapter 13** |

## **ORDER OF COURT**

AND NOW, this         day of           , 2024, upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST; and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 253 S ALDEN ST., PHILADELPHIA, PA 19139, including without limitation a sheriff's sale of the property, and it is further

ORDERED that U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge