**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anthony Redley,<br>    Debtor.<br><br>U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2 Acquisition Trust,<br>    Movant,<br>  v.<br>Anthony Redley,<br>    Debtor/Respondent,<br><br>Kenneth E. West,<br>    Trustee/Respondent. | Bankruptcy No. 23-13668-amc<br><br>Chapter 13<br><br>Related to Doc. No. 17 |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2 Acquisition Trust, the undersigned hereby withdraws the following document:

**Docket Entry #17- Objection to Confirmation of Debtor's Chapter 13 Plan, filed on January 26, 2024.**

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
By: /s/ Michelle L. McGowan, Esq.
Michelle L. McGowan, Esq., Esquire
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anthony Redley,<br>                Debtor.<br><br>U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2 Acquisition Trust,<br>                Movant,<br>  v.<br>Anthony Redley,<br>                Debtor/Respondent,<br><br>Kenneth E. West,<br>                Trustee/Respondent. | Bankruptcy No. 23-13668-amc<br><br>Chapter 13<br><br>Related to Doc. No. 17 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>May 22, 2024</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building

900 Market Street
Suite 320
Philadelphia, PA 19107


Anthony Redley
6202 N. Fairhill Street
Philadelphia, PA 19126

                Respectfully Submitted,

                **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                By: /s/ Michelle L. McGowan, Esq.
                Michelle L. McGowan, Esq., Esquire
                13010 Morris Rd., Suite 450
                Alpharetta, GA 30004
                Phone: (470) 321-7112
                Fax: (404) 393-1425
                Email: mimcgowan@raslg.com