# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 13
Anthony Redley                                      :
                                                    :     Bankruptcy No. 23-13668-amc
                Debtor.                          :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 12-1 filed by the Water Revenue Bureau on March 15, 2024 in the amount of $4,442.21.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 21, 2024    **By:**    */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov