**Fill in this information to identify your case:**

Debtor 1: **Anthony Redley**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **23-13668**

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1  M & T Bank** — Creditor's Name<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240<br>Describe the property that secures the claim: **6202 N. Fairhill Street Philadelphia, PA 19126  Philadelphia County FMV $470,900 less administrative fees if property were liquidated.** | $328,804.00 | $376,720.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) ____

Date debt was incurred: **Opened 02/16  Last Active 1/20/21**

Last 4 digits of account number ____

Debtor 1  **Anthony Redley**
First Name    Middle Name    Last Name

Case number (if known)  **23-13668**

### 2.2 Navy Federal Credit Union
Creditor's Name

Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
2018 Lexus LS
To be surrendered

$54,614.00    $37,300.00    $17,314.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  Opened 10/19 Last Active 05/22

Last 4 digits of account number

### 2.3 US Bank National Association
Creditor's Name

4801 Fredrica Street
Owensboro, KY 42301
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
253 S. Alden Street Philadelphia, PA 19139  Philadelphia County
FMV $146,800 less administrative fees if property were liquidated.
To be surrendered

$243,996.00    $117,440.00    $126,556.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred

Last 4 digits of account number

Debtor 1  **Anthony Redley**
First Name   Middle Name   Last Name

Case number (if known) **23-13668**

| 2.4 | **Wells Fargo Dealer Services** | Describe the property that secures the claim: | $21,471.40 | $35,025.00 | $0.00 |

Creditor's Name
**2019 Dodge Ram 15000**

**Attn: Bankruptcy
1100 Corporate Center Drive
Raleigh, NC 27607**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred **Opened 02/20 Last Active 10/20/23**

Last 4 digits of account number **21**

Add the dollar value of your entries in Column A on this page. Write that number here: **$648,885.40**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$648,885.40**

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ] Name, Number, Street, City, State & Zip Code
**M & T Bank
Po Box 900
Millsboro, DE 19966**

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**Navy Federal Credit Union
Po Box 3700
Merrifield, VA 22119**

On which line in Part 1 did you enter the creditor? **2.2**
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**Wells Fargo Dealer Services
Po Box 71092
Charlotte, NC 28272**

On which line in Part 1 did you enter the creditor? **2.4**
Last 4 digits of account number ___

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 3