FILED

JAN 2 9 2025

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

## UNITED STATES BANKRUPTCY COURT

### Eastern District of Pennsylvania

IN RE:   ANTHONY W REDLEY          CASE NO:   23-13668

                                   CHAPTER:   13

Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 2 filed on 12/15/2023, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

01/28/2025                    /s/Anthony Vasquez
                              Bankruptcy Processor
                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

IN RE:      ANTHONY W REDLEY                    CASE NO:      13

                                                CHAPTER:      23-13668

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on 01/28/2025, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

01/28/2025                                  /s/Anthony Vasquez
                                            Bankruptcy Processor
                                            Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (08/22/23)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.