# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   ANTHONY REDLEY | : | CHAPTER 13 |
| | : | |
| Debtors | : | BANKRUPTCY NO.  23-13668 |

## CERTIFICATION OF NO RESPONSE

I, Paul H. Young, Esquire, attorney for Debtor, do hereby certify the following:

1. I served by first-class mail or facsimile on January 2, 2025, a true and correct copy of Debtors' Motion to Approve Loan Modification on U.S. Trustee, Trustee, M&T Bank/Lakeview Loan Servicing LLC, and all interested parties.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Approve Loan Modification.

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Road, Suite 102
Bensalem, PA  19020
(215) 639-5297