## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ANTHONY REDLEY**    : **CHAPTER 13**
             :
   **Debtor(s)**     : **BANKRUPTCY NO. 23-13668**

### AMENDED CERTIFICATE OF SERVICE

   I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Debtor's 5th  Amended Plan by email and/or regular mail to the addresses as set forth below on April 24, 2025, and as set forth in the matrix, as follows:

   Kenneth West,  Trustee
   BY ECF

   US Trustee
   BY ECF

   Denise Carlon, Esquire
   Attorney for Lakeview Loan Servicing
   By: ECF

   Pamela Thurmond, Esquire
   Attorney for Phladlepia Water Revenue Dept.
   By: ECF

   Megan Harper, Esquire
   Attorney for City of Philadelphia
   By: ECF

   Michael Shavel, Esquire
   Atttorney for WSFS
   By ECF

           /s/ Paul H. Young
           PAUL H. YOUNG, ESQUIRE
           Attorney for Debtors

Dated: April 30, 2025
All Creditors On matrix
Debtor