United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 23-13668-djb
Anthony Redley   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 26, 2025     Form ID: 155     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Redley, 6202 N. Fairhill Street, Philadelphia, PA 19126-3826 |
| 14836038 | | FirstPoint Collection Resources, Consumer Contact Center, Roanoke, VA 24018 |
| 14939266 | + | Wilmington Savings Fund Society FSB DBA Christiana, 7500 Old Georgetown Rd, Suite 1350, Bethesda, MD 20814-6240 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14889430 | | Email/Text: megan.harper@phila.gov | Jun 27 2025 00:37:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor., Philadelphia, PA 19102 |
| 14865041 | | Email/Text: megan.harper@phila.gov | Jun 27 2025 00:37:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14836036 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 27 2025 00:37:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14836035 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 27 2025 00:37:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14836037 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Jun 27 2025 00:37:00 | FirstPoint Collection Resources, Attn: Bankruptcy, 225 Commerce Place, Greensboro, NC 27401-2426 |
| 14838543 | ^ | MEBN | Jun 27 2025 00:29:24 | LAKEVIEW LOAN SERVICING LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14851874 | ^ | MEBN | Jun 27 2025 00:29:18 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14836040 | | Email/Text: camanagement@mtb.com | Jun 27 2025 00:37:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14836039 | | Email/Text: camanagement@mtb.com | Jun 27 2025 00:37:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14844176 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14836043 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | Navy FCU, Po Box 3700, Merrifield, VA 22119-3700 |
| 14836044 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | Navy FCU, One Security Place, Merrifield, VA 22119-0001 |
| 14836041 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14836045 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3000, Merrifield, VA 22119-3000 |
| 14836046 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 14836047 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14836049 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 27 2025 00:37:00 | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 14836051 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 00:37:00 | Nelnet, Attn: Bankruptcy/Claims, Po Box 82561, Lincoln, NE 68501-2561 |
| 14836052 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 00:37:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 14852791 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:44:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14836618 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2025 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14840289 | + | Email/Text: RASEBN@raslg.com | Jun 27 2025 00:37:00 | U.S. Bank Trust N.A., c/o Michelle L. McGowan, Esq., Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Rd., Suite 450, Alpharetta, NJ 30004-2001 |
| 14839679 | + | Email/Text: RASEBN@raslg.com | Jun 27 2025 00:37:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14853525 | + | Email/Text: bkteam@selenefinance.com | Jun 27 2025 00:37:00 | U.S. Bank Trust National Association, not, in its individual capacity but solely as, owner trustee for RCF 2 Acquisition, Trust - Selene Finance LP 3501 Olympus, Blvd, Suite 500 Dallas, TX 75019-6156 |
| 14847622 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 00:37:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, LINCOLN, NE 68508-1904 |
| 14839126 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 27 2025 01:28:58 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14836054 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 27 2025 00:43:50 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 14836053 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 27 2025 00:44:42 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14836042 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14836048 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14844178 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14836050 | *+ | Navy Federal Credit Union, P.o. Box 3700, Merrifield, VA 22119-3700 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| DOUGLAS RICHARD BLECKI | on behalf of Creditor Navy Federal Credit Union bankruptcy@silvermanlegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For Rcf2 Acquisition Trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor Water Revenue Bureau pamela.thurmond@phila.gov |
| PAUL H. YOUNG | on behalf of Debtor Anthony Redley support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Anthony Redley<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−13668−djb<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 26, 2025                                                                                                    For The Court

                                                                                                                       Derek J Baker
                                                                                                                       Judge, United States Bankruptcy Court