Certificate Number: 05781-PAE-DE-041397812

Bankruptcy Case Number: 23-13668

05781-PAE-DE-041397812

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2026, at 7:01 o'clock PM PDT, Anthony Redley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 1, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President